No. 73–6738. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6741. HICKSON *v.* MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 73–6742. FRUGE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6744. HILLIARD *v.* McCARTHY. C. A. 9th Cir. Certiorari denied.

No. 73–6745. KELTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6746. GONZALES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–6747. BROWN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6748. JOHNSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 73–6749. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6750. DIXON *v.* UNITED STATES; and
No. 73–6803. BLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 495 F. 2d 1370.

No. 73–6751. LeFEBRE *v.* SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–6753. OLLIS *v.* PADERICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.